VERNON S. HAINES, Appellant, v. CECILE E. HAINES, Respondent.— Order modified by adding the following provision: " That in case the plaintiff has no knowledge or is unable to give precise particulars with reference to any of the matters as to which particulars are ordered, he shall so state under oath," and as so modified the order is affirmed, without costs. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

MARIA HOWLEY, as Administratrix, etc., of JOHN HOWLEY, Deceased, Respondent, v. YONKERS RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Rich, Kelly, Jaycox, Manning and Kelby, JJ.

JENNIE KOHN, Appellant, v. SAMUEL KOHN, Respondent.— Judgment unanimously affirmed, without costs. No opinion. Present — Rich, Jaycox, Manning, Kelby and Young, JJ.

SAMUEL KOHN, Respondent, v. JENNIE KOHN, Appellant.— Judgment reversed upon the facts, and complaint dismissed, with costs. Findings of fact numbered 2, 3, 5, 6, 7, 8, 9, 11, 12 and 13, and the conclusion of law, are reversed; and defendant's proposed findings of fact numbered second to twelfth inclusive, and defendant's proposed conclusions of law numbered first, second, third, fourth, fifth and sixth, are found. We think the finding of the trial court that the property was purchased pursuant to an agreement between the parties that each should have an undivided half interest in the same, and share equally in the expenses incident thereto, is against the weight of the evidence. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

ISIDOR MILMAN, Respondent, v. THE ARMY MERCHANDISE COMPANY, INC., Appellant.— Judgment and order reversed on the law, with costs, and motion denied, upon the ground that an issue of fact is presented by the pleadings which defendant is entitled to have a jury pass upon. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

KENNETH W. NICHOLS, Respondent, v. ARTEMAS WARD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Jaycox, Manning, Kelby and Young, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ATLANTIC MUTUAL INSURANCE COMPANY, Appellant, Impleaded with Another, Defendant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTONIO BRUNO BELLIA, Defendant, Impleaded with GIUSEPPE LA SALA, Appellant.— Order of the County Court of Westchester county affirming the judgment of the Court of Special Sessions of the village of Port Chester, and the judgment of conviction by the Court of Special Sessions of the village of Port Chester, reversed on the law, and a new trial ordered, on the ground that reversible error was committed in the admission of evidence, in violation of the rule laid down in *People* v. *Jung Hing* (212 N. Y. 393). Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.